891 A.2d 725

**COMMONWEALTH of Pennsylvania, Appellee**

v.

**W.C.E., Appellant.**

Supreme Court of Pennsylvania.

Feb. 21, 2006.

Ines M. Massella, Deanna L. Heasley, Erie, for W.C.E., appellant.

Kathleen Ann Scibetta, Bradley Henry Foulk, James Kenneth Vogel, Erie, for Com. of PA, appellee.

Before: CAPPY, C.J., CASTILLE, NEWMAN, SAYLOR, EAKIN and BAER, JJ.

***ORDER***

PER CURIAM.

**AND NOW,** this 21st day of February, 2006, the Order of the Superior Court is hereby affirmed. *See Commonwealth v.*

*Killinger,* 888 A.2d 592 (Pa.2005); *Commonwealth v. Williams,* 574 Pa. 487, 832 A.2d 962 (2003).

Justice BALDWIN did not participate in the consideration or decision of this matter.